SAMUEL HOLSTEIN v. BELA CUKOR.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of WILLIAM L. HARKNESS, Deceased. EDITH HALE HARKNESS, Individually and as One of the Executors of and Trustees, etc., of WILLIAM L. HARKNESS, Deceased, and Others; STATE TAX COMMISSION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

SOL BALLIN and Others v. 1095 PARK AVENUE CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

WILLIAM A. AYCRIGG, as Administrator, etc., of JEANIE A. VALENTINE, Deceased, and Others, v. JOHN B. AYCRIGG and Others. PASSAIC NATIONAL BANK AND TRUST COMPANY and Another, as Executors, etc., of JAMES N. FULLER, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

40 EAST 49TH STREET CORPORATION v. CUNARD MERCANTILE CORPORATION and Others.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

G. ALBERT ZIMMERMAN, Agent for SOPHIE ZIMMERMAN, v. PAUL J. BONWIT; OUGHT HOLDING CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

THE NATIONAL CITY BANK OF NEW YORK v. ROBERT HERBST.— Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for a stay granted so far as to stay execution of judgment pending the granting or final refusal by the Court of Appeals of leave to appeal to that court, upon appellant's filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

LEWIS A. GRAYDON v. NATIONAL SURETY COMPANY.— Motion for reargument granted, and upon such reargument motion for leave to appeal denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MICHAEL H. MARKS v. PETER F. LEBKEUCHER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

SARAH ELAINE PHILLIPS DE LIPPI-LIPSKI v. NICOLAS VLADIMIR DE LIPPI-LIPSKI and GERTRUDE SCHROEDER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

23RD STREET AMUSEMENT CORPORATION v. CORNISH ARMS HOTEL CO., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

GUARANTY TRUST COMPANY OF NEW YORK v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J, Merrell, Finch, Martin and O'Malley, JJ.

SAMUEL DEUTSCH and Another, as Copartners, etc., v. HARRY BLUM and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

SARAH ROSENBERG v. ARTHUR ARDIZZONE.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.